IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UPLIFTING ESSENTIALS, LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                         Defendants. | Case No. 2:25-cv-441-PPS-AZ<br><br>Judge Phillip P. Simon<br>Magistrate Judge Abizer Zanzi |

**CERTIFICATE OF SERVICE**

I, William Eskridge, a non-attorney, pursuant to Fed. R. Civ. P. 65(a)(1), served a copy of (1) Plaintiff's Motion for Entry of A Preliminary Injunction, Continued Asset Restraint, and Expedited Discovery ("Motion for PI") [26] (2) Schedule A to Plaintiff's Motion [26-1], and (3)Memorandum of Law in Support of Plaintiff's Motion [25] on, November 6, 2025, on the Defendants listed on Schedule A to the Motion [26-1] and Order Setting Hearing Date [28] by e-mail to Defendants' e-mail addresses provided by third-party platforms and payment processors and attorney representatives with the following language "An in person hearing on the motion for preliminary injunction has been set for 1:00 p.m. Central Time on Thursday December 11, 2025."

| | |
|---|---|
| Dated: November 7, 2025 | Respectfully submitted,<br><br>/s/William Eskridge<br><br>William Eskridge<br>Paralegal<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>(312) 724-8874<br>william@fleneriplaw.com |