**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UPLIFTING ESSENTIALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause Number: 2:25-CV-441-PPS-AZ |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| IN SCHEDULE "A", ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, Uplifting Essentials, LLC, filed a Notice of Voluntary Dismissal as to Certain Defendants Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 32.] Defendants have not yet filed an answer or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 32] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and Plaintiff's claims against Defendants: Defendant No. 2 Merchant Name "zasedfg"; Defendant No. 3 Merchant Name "ZhangLiang323"; Defendant No. 5 Merchant Name "WWWSENSEN"; Defendant No. 10 Merchant Name "POOLJOY"; Defendant No. 11 Merchant Name "Letdesignal"; Defendant No. 35 Merchant Name "safedoorbellusa"; Defendant No. 42 Merchant Name "Dong*Ling"; Defendant No. 47 Merchant Name "YeWanXing"; and Defendant No. 53 Merchant Name "YuanKanJu" are **DISMISSED WITH PREJUDICE**.

The claims against the remaining Defendants **REMAIN PENDING**.

ENTERED: November 17, 2025.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**