UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UPLIFTING ESSENTIALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause Number: 2:25-CV-441-PPS-AZ |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| IN SCHEDULE "A", ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff, Uplifting Essentials, LLC, filed a Notice of Voluntary Dismissal as to Certain Defendants Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 38.]  Defendants have not yet filed an answer or motion for summary judgment in this matter.

As the Notice of Voluntary Dismissal [DE 38] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and Plaintiff's claims against Defendants: Defendant No. 12 Merchant Name "Seivble (Fast Delivery 7-15 Days)"; Defendant No. 16 Merchant Name "Hong Yu Tai";  Defendant No. 19 Merchant Name "Wegodal"; Defendant No. 20 Merchant Name "Poouty"; Defendant No. 23 Merchant Name "JinHG"; Defendant No. 37 Merchant Name "Scappof (7-14 Days Fast Delivery)"; Defendant No. 51 Merchant Name "Ehnoge"; and Defendant No. 56 Merchant Name "Xusang" are **DISMISSED WITH PREJUDICE**.

The claims against the remaining Defendants **REMAIN PENDING**.

ENTERED: December 8, 2025.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**